UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) DANIEL ROSADO et al.            CIVIL NO. 98-1384(DRD)

v.

Defendant(s) PUERTO RICO PEPSI COLA
BOTTLING COMPANY.

*RECEIVED AND FILED 00 JUN 12 AM 8:50 CLERK'S OFFICE U.S. DIST. COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| Docket entry no. 31. | ☒ GRANTED. |
| Date: June 2, 2000. | ☐ DENIED. |
| Title: MOTION FOR EXTENSION OF TIME OF THREE (3) DAYS TO FILE THE INITIAL SCHEDULING CONFERENCE MEMORANDUM. | ☒ MOOT. |
|  | ☐ NOTED. |
|  | *The Court grants the extension, The time to file has elapsed.* |

IT IS SO ORDERED.

Date: JUNE 9 1999.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE