UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**  DATE: June 12, 2000
**CIVIL NO. 98-1384 (DRD)**

| | |
|---|---|
| **DANIEL ROSADO, et al.,** | <u>Attorneys</u>: |
| Plaintiffs, | Juan A. Ramos |
| v. | |
| **PUERTO RICO PEPSI COLA BOTTLING COMPANY,** | María Isabel Rey Cancio |
| Defendants. | Pedro J. Manzano Yates |

A INITIAL SCHEDULING CONFERENCE was called. The parties appraised the Court of the status of the case. The Court imposed the following case management deadlines to commence July 1, 2000:

**HUMAN RESOURCES EXPERTS:**

1) Plaintiffs are to identify all Human Resources Experts – within 30 days;

2) Defendants are to identify all Human Resources Experts – within 30 days of completion of Step 1);

3) Plaintiffs are to fully comply with Fed.R.Civ.P. 26 for Human Resources Experts – within 60 days of completion of Step 1);

4) Defendants are to fully comply with Fed.R.Civ.P. 26 for Human Resources Experts – within 60 days of completion of Step 3).

**ACCOUNTING EXPERTS:**

1) Defendants are to identify all Accounting Experts – within 30 days;

2) Plaintiffs are to identify all Accounting Experts – within 30 days of completion of Step 1);

3) Defendants are to fully comply with Fed.R.Civ.P. 26 for Accounting Experts – within 60 days of completion of Step 1);

4) Plaintiffs are to fully comply with Fed.R.Civ.P. 26 for Accounting Experts – within 60 days of completion of Step 3).

ALL Discovery ends January 31, 2001. Any dispositive motions shall be filed by March 31, 2001. The parties are strongly encouraged to pursue settlement of this case as discovery matures. Should no settlement materialize in this case, the Court will hold a **Pretrial Conference** on **April 23, 2001 at 4:30 p.m.**

The parties' requests for extensions to file their respective ISC memorandums (Docket Nos. 30 & 31) are **GRANTED/MOOTED**. See also (Docket Nos. 32 & 33). Additionally, Plaintiffs are **GRANTED** until June 26, 2000, to oppose the Defendants' Motion Requesting Leave to Amend the Answer to the Amended Complaint. See (Docket No. 34).

P \MINUTES\98-1384 MEM

s/c: Counsel of record

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

Page -2-