UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**          DATE: April 23, 2001
**CIVIL NO. 98-1384 (DRD)**
Law Clerk: Carlos D. Rivas

===========================================================

**DANIEL ROSADO, et al.,**          Attorneys:
   Plaintiffs,                  Juan A. Ramos
v.
**PUERTO RICO PEPSI COLA BOTTLING**
**COMPANY,**                        María Isabel Rey Cancio
   Defendants.                  Pedro J. Manzano Yates

===========================================================

    A PRETRIAL CONFERENCE was called. The parties indicated that discovery was not yet completed and hence the parties were not yet ready for trial. The Court **GRANTED** Defendant's Motion to Convert Pretrial Conference into Status Conference (Docket No. 43). The parties then further appraised the Court of the status of the case. Defendant delivered the letter that was the subject of Plaintiffs' Motion to Compel Discovery (Docket No. 46), which is accordingly **MOOT**. Moreover, the parties informed that, regarding the Request for Production of Documents that was the subject of Defendant's dual Motions to Compel Discovery (Dockets No. 42 and 44), the sole documents that have not been produced are those listed in Item #21, more specifically Plaintiffs' bank statements for the years 1995 through 2000. Plaintiffs' attorney advised that such statements had resulted particularly hard to obtain, and that he would continue his very best efforts to secure them. The Court granted Plaintiffs **until June 6, 2001** to deliver the requested documentation. Accordingly, the corresponding Motions to Compel Discovery (Dockets Nos. 42 and 44) are **GRANTED in part and MOOT in part**. Finally, the Court ordered that all discovery be concluded **no later than July 2, 2001**, that dispositive motions be filed **no later than August 3, 2001**, and that a PRETRIAL CONFERENCE be held **on August 10, 2001 at 9:00 am**. These new deadlines, which are absolute, render Defendant's Motion to Extend Time for Discovery (Docket No. 41) **MOOT**. The parties must be ready for a trial date in September 2001.

P \MINUTES\98-1384_04_mın wpd
s/c: Counsel of record

                                      **DANIEL R. DOMINGUEZ**
                                      **U.S. DISTRICT JUDGE**