UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Daniel Rosado, et. al.     CIVIL NO. 98-1384 (DRD)

v.

Defendant(s) Puerto Rico Pepsi Cola Bottling Co.

| MOTION | ORDER |
|---|---|
| Docket entry no. 49 | ☒ GRANTED. |
| Date: July / 20 / 2001. | ☐ DENIED. |
| Title: Motion Requesting Extension of Time | ☐ MOOT. |
|  | ☐ NOTED. |

Plaintiffs & Defendant jointly presented a motion to extend various court imposed deadlines. The catalyst for the need for this motion is two personal tragedies (deaths of father & mother-in-law) in the life of one of the attorneys. The Court GRANTS the parties extension of time, establishing the following new timelines: A status conference is scheduled for Aug. 22 at 5:30 PM. Discovery to be finalized by Sept. 30; any/all dispositive motions must be filed by October 10; A Pre-Trial Conference is scheduled for Oct. 18 at 4:30 PM. Parties to be ready for trial in early November.

Parties are STRONGLY ENCOURAGED to explore all settlement options possible.

IT IS SO ORDERED.

Date: August 2, 2001.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE



51