UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                      DATE: August 22, 2001
**CIVIL NO. 98-1384 (DRD)**
Law Clerk: Ronald D. Swanson-Cerna, Esq.

===============================================================

**DANIEL ROSADO, et al.,**                     Attorneys:
   Plaintiffs,                              Sylvia González

v.

**PUERTO RICO PEPSI COLA BOTTLING
COMPANY,**                                     María Isabel Rey Cancio
   Defendants.

===============================================================

    A STATUS CONFERENCE was held. The Court stressed that this case should be settled, and strongly encouraged both parties to *seriously* consider all reasonable settlement offers. The Pre-Trial Conference has already been set for October 18 at 4:30 PM. Barring settlement, this case will go to trial in early November.

P:\MINUTES\98-1384- status conf.wpd
s/c: Counsel of record

                                      **DANIEL R. DOMINGUEZ**
                                      **U.S. DISTRICT JUDGE**

