UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**　　　　　　　　　DATE: October 18, 2001
**CIVIL NO. 98-1384 (DRD)**

Deputy Clerk: Omar Flaquer

===============================================================

**DANIEL ROSADO, et al.,**　　　　　　　Attorneys:
　Plaintiffs,　　　　　　　　　　　　Juan A. Ramos Diaz

v.

**PUERTO RICO PEPSI COLA BOTTLING**
**COMPANY,**　　　　　　　　　　　　María Isabel Rey Cancio
　Defendants.

===============================================================

A STATUS CONFERENCE is held. The Pretrial is continued and deemed premature in lieu of the timely filing for potential Summary Judgment. The Plaintiff is GRANTED the term set forth by the rules to answer the Summary Judgment Motion. The reply and surr reply terms are authorized by the ISC. The terms are stated therein. The Court strongly encouraged both parties to consider all reasonable settlement offers.

　　　　　　　　　　　　　　　　　　　　　　　DANIEL R. DOMINGUEZ
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

s/c: Parties to be notified

