UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) DANIEL ROSADO

CIVIL NO. 98-1384 (DRD)

v.

Defendant(s) Puerto Rico Pepsi Cola Bottling Co.

| MOTION | ORDER |
|---|---|
| Docket entry no. 55 | ☒ GRANTED. |
| Date: OCT / 22 / 2001. | ☐ DENIED. |
| Title: Motion Requesting Extension of Time to File Opposition to Motion for Partial Summary Judgment | ☐ MOOT. ☐ NOTED. |

Parties have until November 13, 2001 to file Opposition, as requested; until November 26, 2001 to file Reply thereto (if desired); and until November 30, 2001 to file Surreply (if desired).

IT IS SO ORDERED.

Date: October / 31 / 2001

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE