UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 DEC 12 AM 9: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**DANIEL ROSADO, et al.,**
   Plaintiffs,

v.                                                   **CIVIL NO. 98-1384 (DRD)**

**PUERTO RICO PEPSI COLA BOTTLING COMPANY,**
   Defendants.

## ORDER

Defendant's motion for extension of time (Docket # 60) to reply to Plaintiff's Opposition to the Motion for Summary Judgment is **GRANTED**. The Reply is to be filed by **December 6, 2001**, as requested.

IT IS SO ORDERED.

Date: December 11, 2001.

**DANIEL R. DOMINGUEZ**
U.S. District Judge

P:\RDSC\Cases\98-1384\Time Ext.wpd

1