UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
01 DEC 19 AM 11: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

DANIEL ROSADO, et al.,
    Plaintiffs,

v.                                        CIVIL NO. 98-1384 (DRD)

PUERTO RICO PEPSI COLA BOTTLING
COMPANY,
    Defendants.

## ORDER

Defendant's motion for a second extension of time (Docket # 61) to reply to Plaintiff's Opposition to the Motion for Summary Judgment is **GRANTED**. The Reply is to be filed by **December 26, 2001**. NO FURTHER EXTENSIONS SHALL BE GRANTED.

IT IS SO ORDERED.

Date: December 10, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge

P:\RDSC\Cases\98-1384\Time Ext 2.wpd

s/cs:to (2)
attys/pts
in ICMS

1

12/19/01

64