UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Daniel Rosado, et al.   CIVIL NO. 98-1384 (DRD)

v.

Defendant(s) Puerto Rico Pepsi Cola Bottling Co.

| MOTION | ORDER |
|---|---|
| Docket entry no. 66 : 65 | ☒ GRANTED. |
| Date: JAN/15/2002 | ☐ DENIED. |
| Title: Motions Requesting Extension of Time. | ☐ MOOT. |
| | ☐ NOTED. |

Plaintiffs' Motions for extensions of time to file Surreply are GRANTED. The new deadline is January 31, 2002, as requested. There will be NO FURTHER EXTENSIONS GRANTED.

IT IS SO ORDERED.

Date: JAN. 28/2002.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE