UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DANIEL ROSADO, et al.,
   Plaintiffs,

v.                                          CIVIL NO. 98-1384 (DRD)

PUERTO RICO PEPSI COLA BOTTLING
COMPANY,
   Defendants.

## ORDER

    Discovery having been completed, this case is ripe for trial. Pending before the Court is Defendant's Motion for Partial Summary Judgment (Docket # 54). In order that a decision on this motion may be expedited, allowing a trial date to be set, the Court hereby refers this case to the Hon. U.S. Magistrate Judge Gustavo Gelpi for a Report and Recommendation on the Motion for Partial Summary Judgment. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); Local Rule 503. The parties are reminded that any objections to the Magistrate's Report and Recommendation must be filed with the Clerk of Court "within ten (10) days afer being served with a copy thereof." Local Rule 510.2; see Local Rule 510.2(A); see also 28 U.S.C. § 636(b)(1). **NO EXTENSIONS SHALL BE GRANTED.**

    Magistrate Gelpi has graciously informed the Court that the R&R should be issued on or about August 21, 2002. As the R&R will be faxed to the parties that same day, any Objections will be due on or about September 6, 2002. This case is a top priority for the Court, hence we anticipate a decision on the Motion on or about September 15, 2002. This allows the Court to schedule the Pretrial Conference for **Tuesday, September 17, 2002, at 5:00 PM** (notwithstanding the Motion, as it is only for Partial Summary Judgment, the trial will go on in any event). The actual trial date will be announced during the Pretrial Conference, but counsel should be prepared to commence trial on or about September 23, 2002; if necessary, the Court will consider transferring this case to visiting Judge Hon. Robert J. Ward for trial. The Court notes that in the past the Court has been extremely accommodating in granting the numerous deadline extension requests for both parties in this case, but the parties are forewarned, from here on, **absolutely no extensions shall be granted**. Should the parties feel a Settlement Conference would be fruitful in this case, one will be scheduled at their request for an afternoon during the week of September 9th, 2002.

    IT IS SO ORDERED.

DATE: August _5_, 2002.                    DANIEL R. DOMINGUEZ
                                                                U.S. District Judge

P:\RDSC\Cases\1998-1384\Mag Tran.wpd