IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTINGS**

| | |
|---|---|
| DANIEL ROSADO, et al., | August 26, 2002 |
| Plaintiffs | CIVIL: NO. 98-1384 (DRD) |
| v. | |
| PUERTO RICO PEPSI COLA BOTTLING COMPANY, et al., | |
| Defendants | |

BY ORDER OF THE COURT, Motion requesting Settlement Conference (Docket No. 71) is granted. Settlement Conference is scheduled for September 5, 2002 at 3:30 P.M. before the Honorable Daniel R. Domínguez.

*[signature]*
OMAR FLAQUER
COURTROOM DEPUTY CLERK

s/c: Counsel of record to be notified.