## UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
## BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**　　　　　　　　　　DATE: September 5, 2002
**CIVIL NO. 98-1384 (DRD)**
LAW CLERK: Kevin M. Acevedo-Carlson

===========================================================================

**DANIEL ROSADO,** et als.,　　　　　　　Attorneys: Juan A. Ramos-Diaz
Plaintiffs,

　　　　v.

**PUERTO RICO PEPSI COLA BOTTLING**　　　Maria I. Cancio-Rey
**COMPANY,** et als.,　Roberto Buso Aboy
Defendants.

===========================================================================

　　An Settlement Conference was held today. It began at 3:45 PM and ended at 4:30 PM. Parties indicated that settlement might be attainable and that they are willing to settle. Settlement was widely discussed. The Court granted continuance, in light of the strong possibility of settlement. Accordingly, the PRETRIAL CONFERENCE will now be a **SETTLEMENT CONFERENCE**, which shall be held on **September 17, 2002, at 5:00pm**, as scheduled..

　　If any problems arise, parties may reach the Court thought the law clerk assigned to this case, at (787)772-3164.

　　　　　　　　　　　　　　　　　　　　　　　　**DANIEL R. DOMINGUEZ**
　　　　　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**

s/c: Parties to be notified

P \Kevins Cases\98-1384 settl.conf wpd


