UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                      DATE: September 17, 2002
**CIVIL NO. 98-1384 (DRD)**
LAW CLERK: Kevin M. Acevedo-Carlson

===========================================================================

**DANIEL ROSADO**, et als.,                     Attorneys: Juan A. Ramos-Diaz
Plaintiffs,
         v.

**PUERTO RICO PEPSI COLA BOTTLING**             Pedro Manzano
**COMPANY**, et als.,                           Maria I. Cancio-Rey
Defendants.

===========================================================================

   Another Settlement Conference was held today. It began at 6:00 PM and ended at 6:30 PM. Even though settlement has not been agreed upon, parties again indicated that settlement is attainable and that they are willing to settle. An issue as to the payment of interests, as part of settlement, was widely discussed. The Court granted continuance, in light of the strong possibility of settlement. Accordingly, FURTHER SETTLEMENT CONFERENCE shall be held on **October 15, 2002, at 9:00am**, as scheduled..

   If any problems arise, parties may reach the Court thought the law clerk assigned to this case, at (787)772-3164.

                                               _____
                                               DANIEL R. DOMINGUEZ
                                               U.S. DISTRICT JUDGE

s/c: Parties to be notified

P:\Kevins Cases\98-1384.settl.wpd