UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | DATE: October 15, 2002 |
| **CIVIL NO. 98-1384 (DRD)** | |
| Courtroom Deputy Clerk: Omar FLAQUER | |

==========================================================================

| | |
|---|---|
| **DANIEL ROSADO,** et als., <br> Plaintiffs, <br>  v. | Attorneys: Juan A. Ramos-Diaz |
| **PUERTO RICO PEPSI COLA BOTTLING COMPANY,** et als., <br> Defendants. | Pedro Manzano Yates <br> Maria I. Cancio-Rey |

==========================================================================

Settlement Conference is held. Settlement has not been agreed between parties, but they indicated that settlement is attainable. If settlement is reached, parties may contact the Court, if not, a Final Pretrial Conference is set for October 31, 2002 at 4:30 P.M. Trial shall be set for December 2002.

_____
Omar Flaquer Mendoza
Courtroom Deputy Clerk

s/c: Parties to be notified

