# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**DANIEL ROSADO**, et al.,
Plaintiffs,

v.

**PUERTO RICO PEPSI COLA
BOTTLING COMPANY,**
Defendant.

**CIVIL NO. 98-1384 (DRD)**

RECEIVED & FILED
02 DEC 11 PM 1:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | RULING |
|---|---|
| **Date Filed:** 12/03/02   **Docket #81** <br> [X] **Plff**   [X] **Deft** <br> [ ] **Other** <br><br> **Title:** NOTICE OF VOLUNTARY DISMISSAL | **GRANTED.** Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the Court hereby **GRANTS** both parties' joint request for voluntary dismissal **WITH PREJUDICE and without imposition of costs, expenses and fees.** Judgment shall be entered accordingly. |

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

**Date:** December *13*, 2002.

| | |
|---|---|
| **Rec'd:** | **EOD:** |
| **By:** | **#** |

