UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**DANIEL ROSADO**, et al.,
Plaintiffs,

v.   CIVIL NO. 98-1384 (DRD)

**PUERTO RICO PEPSI COLA
BOTTLING COMPANY,**
Defendant.

### JUDGMENT

The Court, having approved on this same date parties' joint motion requesting dismissal, and the terms and conditions established in their settlement agreement, hereby enters judgment dismissing this action against Defendant **WITH PREJUDICE** and without imposition of costs, expenses or attorneys' fees. The Court orders the parties to comply with the terms and conditions established in the agreement.

Date: December 10, 2002.

**DANIEL R. DOMINGUEZ**
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |

